PER CURIAM.
Affirmed. Gulf Appliance Distributors, Inc. v. Long, 53 So.2d 706 (Fla.1951); Gordani v. Roulis, 395 So.2d 1276 (Fla. 4th DCA 1981); Harris v. Winn-Dixie Stores, Inc., 378 So.2d 90 (Fla. 1st DCA 1979); Industrial Trucks of Fla., Inc. v. Gonzalez, 351 So.2d 744 (Fla. 3d DCA 1977); St. Anne Airways Corp. v. Larotonda, 308 So.2d 129 (Fla. 3d DCA) cert. denied, 316 So.2d 295 (Fla.1975); § 631.54(4), Fla.Stat. (1981).